949 A.2d 845

MARYAM CONNELLY AND WILLIAM CONNELLY, PLAINTIFFS–MOVANTS, v. PNC BANK, N.A., PNC INVESTMENTS AND METLIFE INVESTORS U.S.A. INSURANCE CORP., DEFENDANTS–RESPONDENTS.

April 17, 2008.

ORDERED that the motion for leave to appeal is granted and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Wein v. Morris,* 194 *N.J.* 364, 944 *A.2d* 642 (2008), and it is further

949 A.2d 845

RONALD JONES, APPELLANT–APPELLANT, v. NEW JERSEY STATE PAROLE BOARD, RESPONDENT–RESPONDENT.

April 17, 2008.

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having determined the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

IT is ORDERED that the within appeal is dismissed for no substantial constitutional question.

949 A.2d 846

ZAGAMI, LLC., D/B/A THE LANDMARK AMERICANA TAP AND GRILL, D/B/A LANDMARK LIQUORS, PLAINTIFFS–RESPONDENTS, v. MARY ANN COTTRELL, DEFENDANT–MOVANT.

April 17, 2008.

ORDERED that the motion for leave to appeal is granted and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.